*E-Filed 1/5/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOYCE JORDAN, | No. C 14-3282 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| KIMBERLY HUGHES, Warden, | |
| Respondent. | |

Petitioner has failed to file an amended petition by the deadline. Accordingly, this federal habeas action is DISMISSED without prejudice for failure to respond to the Court's order, and, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute. Because this dismissal is without prejudice, petitioner may move to reopen the action. Any such motion **must** contain an amended petition conforming in all respects to the requirements stated in the Court's order dismissing the petition with leave to amend. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: January 5, 2015

RICHARD SEEBORG
United States District Judge